ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL II

| P.A.R.V., representado por YOVANKA VÉLEZ GALARZA<br><br>Recurrente<br><br>v.<br><br>DEPARTAMENTO DE EDUCACIÓN DE PUERTO RICO, representado por su Secretaria, YANIRA RAÍCES<br><br>Recurrido | KLRA202400445 | *Revisión Administrativa* procedente del Departamento de Educación de Puerto Rico<br><br>Querella: 2223-21-06-01470<br><br>Sobre: Ubicación, compra servicios educativos |
| --- | --- | --- |

Panel integrado por su presidente el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo

**SENTENCIA**

En San Juan, Puerto Rico, a 6 de septiembre de 2024.

Examinada la *Moción informando desistimiento*, presentada el 19 de agosto de 2024 por la parte apelante, P.A.R.V., representado por su madre Yovanka Vélez Galarza, así como la *Moción en cumplimiento de Resolución* presentada el 5 de septiembre de 2024, por la parte recurrida, Departamento de Educación de Puerto Rico, en la que informan no tener objeción al desistimiento del recurso, resolvemos declararlas Ha Lugar.

Se ordena el cierre y archivo del recurso de epígrafe por desistimiento de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones.[1]

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] 4 LPRA Ap. XXII-B, R. 83 (A).

Número Identificador

SEN2024_____